ALEXANDER BERSHAD, Respondent, *v.* NEIMAND BROS., INC., Defendant, and SAMUEL GILINSKY, Appellant.

Submitted March 7, 1941; decided April 17, 1941.

*William L. Shumate* for appellant.

*Andrew F. Van Thun, Jr.,* and *Isidore R. Gross* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.